AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>TASHEENA COOKE AND ANDREW,<br><br>Defendants. | Case No. 3:24-cv-00229-MMD-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO**<br>**DISMISS WITH PREJUDICE** |

Plaintiff, Terrance Davis, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 18th day of April, 2025.

By: [signature] *Terrance Davis*
Terrance Davis # 1101506
Plaintiff, Pro Se

DATED this 18th day of April, 2025.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

[signature]

UNITED STATES DISTRICT JUDGE

DATED: June 2, 2025